IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2010

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 10-cv-00598-BNB

OLOYEA D. WALLIN,

    Applicant,

v.

KEVIN P. ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
           Arapahoe County District Court
           7325 S. Potomac Street
           Centennial, Colorado 80112;

(2) Assistant Solicitor General
Appellate Division
Office of the Attorney General
1525 Sherman Street
Denver, Colorado 80203; and

(3) Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado 80202

DATED August 23, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00598-BNB

Oloyea D. Wallin
Prisoner No. 111389
CMRC
2925 East Las Vegas Street
Colorado Springs, CO 80906

Clerk of the Court – **CERTIFIED**
Arapahoe County District Court
7325 S. Potomac Street
Centennial, CO 80112

Assistant Solicitor General – **CERTIFIED**
Appellate Division
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203

Court Services Manager – **CERTIFIED**
State Court Administrator's Office
101 W. Colfax, Suite 500
Denver, CO 80202

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/24/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk