IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

```
F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2012

GREGORY C. LANGHAM
                CLERK
```

CIVIL ACTION NO. 10-cv-00598

OLOYEA D. WALLIN,

    Applicant,

vs.

KEVIN P. ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated: August 27, 2012

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00598 ZLW

Arapahoe County District Court
Arapahoe County Justice Center
7325 S. Potomac St.
Centennial, CO 80112

Paul Edward Koehler - Colorado Attorney General's Office-Department of Law
**DELIVERED ELECTRONICALLY**

Oloyea D. Wallin
# 111389
Four Mile Correctional Center (FMCC)
P.O. Box 300
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  8/29/2012  .

                                GREGORY C. LANGHAM, CLERK

                                By: s/ D. Berardi
                                       Deputy Clerk